**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KAZUO URATA | Civil Action No.: 12-5704 (JLL) |
| Plaintiffs, | |
| v. | **ORDER** |
| CANARE ELECTRIC CO. LTD., et al., | |
| Defendants. | |

This matter comes before the Court by way of a motion to remand this matter to state court. (CM/ECF No. 19). On May 10, 2013, Magistrate Judge Michael Hammer issued a Report and Recommendation that this Court grant plaintiff's motion to remand. (CM/ECF No. 24). No objections have been filed thereto and the time to do so has expired. Having reviewed the Report and Recommendation, and for good cause shown,

**IT IS** on this 29 day of May, 2013,

**ORDERED** that this Court hereby ADOPTS Judge Hammer's May 10, 2013 Report and Recommendation as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that Defendant's motion to remand is hereby GRANTED; and it is further

**ORDERED** that this matter shall be remanded to the Superior Court of New Jersey, Passaic County; and it is further

**ORDERED** that the Clerk shall close its file in this matter.

**SO ORDERED.**

Jose L. Linares
United States District Judge